FREDERICK C. BAILEY, PLAINTIFF-RESPONDENT, v. ALFRED E. DRISCOLL, GOVERNOR, *ET AL.*, DEFEND-ANTS-PETITIONERS.

See same case below: 34 *N. J. Super.* 228.

*Mr. Grover C. Richman, Jr., Mr. Ralph L. Fusco, Mr. Sidney Kaplan, Mr. James J. McLaughlin* and *Mr. Vincent A. Grasso* for the petitioners.

*Mr. Chester Mueller* for the respondent.

June 6, 1955.    Granted.

JOHN M. HODSON, PLAINTIFF-RESPONDENT, v. BETTY VALLONE, DEFENDANT-PETITIONER.

*Messrs. Harkavy & Lieb* for the petitioner.

*Mr. Robert A. Lederer, Messrs. Parsons, Labrecque, Canzona & Combs* and *Mr. Rocco Ravaschiere* for the respondent.

June 6, 1955.    Denied.